**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**GARY CHENEVERT**                                                                           **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 4:10CV00113-WAP-DAS**

**GC CONSTRUCTORS, A Joint Venture
Consisting of MASSMAN CONSTRUCTION CO.,
TRAYLOR BROS., INC., and KIEWIT SOUTHERN
CO., Individually and as Joint Venturers, Jointly and
Severally**                                                          **DEFENDANTS**

## ORDER

By Order (# 239) dated September 12, 2011, the court determined that the plaintiff was entitled to an award of attorney fees and expenses for prosecuting two motions to quash subpoenas that were issued by the defendants and their counsel in violation of the discovery cutoff. On September 14, counsel for the plaintiff filed an Affidavit (# 252) seeking $1,190.00 for 6.8 hours of attorney time at the rate of $175.00 an hour. Neither the defendants nor their counsel filed a response within the time allowed by the September 12 Order. The court has reviewed counsel's Affidavit and is of the opinion that the total amount of fees requested is reasonable.

**THEREFORE, IT IS ORDERED** that the defendants and their counsel are jointly and severally liable for the payment of $1,190.00 to plaintiff's counsel for the benefit of the plaintiff. This amount shall be paid to plaintiff's counsel within fourteen (14) days of this date.

This 28th day of September, 2011.

                                                                       /s/ David A. Sanders
                                                                       U.S. Magistrate Judge