IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GARY CHENEVERT                                                                    PLAINTIFF

v.                                                        CIVIL ACTION NO. 4:10-CV-00113-GHD-DAS

MASSMAN CONSTRUCTION CO., et al.                                                  DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to an opinion issued this day, the Court finds that the Report and Recommendation [305] of the United States Magistrate Judge dated July 11, 2012 should be approved and adopted as part of the opinion of the Court. It is THEREFORE ORDERED:

1. That the April 16, 2012 Order [300] denying The Travelers Indemnity Company's initial motion to intervene is hereby adopted by the Court;

2. That the Report and Recommendation [305] of the United States Magistrate Judge dated July 12, 2012 is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the Court;

3. That The Travelers Indemnity Company's motion to intervene [281] and to reconsider or set aside the Order denying it [301] are hereby DENIED;

4. That the Clerk of the Court is directed to pay the funds held by the Clerk to the Plaintiff in care of his counsel; and

5. That the parties to this matter having previously settled all controversies between themselves, this matter is DISMISSED WITH PREJUDICE.

It is SO ORDERED, this, the 11th day of February, 2013.

_____
SENIOR JUDGE